FILED
April 25, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                           )   Case No. MAG 06-0110 DAD
    Plaintiff,         )
v.                            )   ORDER FOR RELEASE OF
                                           )   PERSON IN CUSTODY
BAO VAN PHUNG, )
                                           )
    Defendant.      )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>BAO VAN PHUNG</u>, Case No.<u>MAG 06-0110 DAD</u>, Charge <u>21 USC §§ 846, 841 (a)(1), 843 (b)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    X    Bail Posted in the Sum of $_____

           X    Unsecured Appearance Bond $ _750,000°°_ *to be secured by posting of property within two weeks*

           ___    Appearance Bond with 10% Deposit

           ___    Appearance Bond with Surety

           ___    Corporate Surety Bail Bond

           X    (Other) _Pretrial Services Supervision with conditions._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on April 25, 2006 at 2:45 p.m.

By _____/s/ Dale A. Drozd_____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal